# In the United States Court of Federal Claims

|  |  |
|---|---|
| NEANO S. MITCHELL,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 25-426<br>(Filed: April 28, 2025) |

## ORDER

Mr. Mitchell, proceeding pro se, filed this civil action against the United States on March 4, 2025. Docket No. 1. To proceed with a civil action in this court, a plaintiff must either pay $405.00 in fees—a $350.00 filing fee plus a $55.00 administrative fee—or request authorization to proceed without prepayment of fees by submitting a signed motion to proceed in forma pauperis. See 28 U.S.C. §§ 1914–15.

On March 5, 2025, Mr. Mitchell filed a defective application to proceed in forma pauperis. See Docket No. 5. This Court ordered Mr. Mitchell to "either pay the $405.00 in required fees or submit a fully completed and corrected in forma pauperis application on or before **April 10, 2025**." Order, Docket No. 6.

Mr. Mitchell has failed to comply with that order. As such, and in accordance with the Court's March 11 order, this action is **DISMISSED without prejudice** for failure to prosecute under Rule 41 of the Rules of the United States Court of Federal Claims.

The Clerk is directed to enter judgment accordingly.

**IT IS SO ORDERED.**

ELAINE D. KAPLAN
Judge